Ciro Longobucco, Appellant, *v.* Sam Latella et al., Respondents.

Submitted April 16, 1952; decided July 15, 1952.

*Dante S. Alberi* for appellant.

*David C. Gilberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, DESMOND, DYE and FROESSEL, JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and FULD, JJ.

HERMAN WOHLERS et al., Respondents, *v.* FRANK MARTORELLA et al., Appellants.

Argued April 22, 1952; decided July 15, 1952.

